The People of the State of New York ex rel. Patrick J. Reid, Relator, v. Theodore A. Bingham, as Police Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Timothy Kearney, Appellant, v. Charles F. Seymour, Respondent.— Judgment affirmed, with costs. No opinion. Laughlin, J., dissenting.

William Norris, Appellant, v. William H. Reynolds, Respondent.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Benjamin Miller, Appellant.— Judgment affirmed. No opinion.

Charlotte F. Madden, Appellant, v. George H. Gaston, as Executor, etc., of Eliza Wilson, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion.

The City of New York, Appellant, v. American Railway Traffic Company and Others, Respondents.— Determination affirmed, with costs. No opinion.

James H. Post, Individually and as Trustee, Respondent, v. William J. Logan, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

The People of the State of New York, Respondent, v. Lizzie Fields, Appellant. — Judgment affirmed. No opinion.

Elizabeth McIntosh, Respondent, v. The City of New York, Appellant.— Judgment and orders affirmed, with costs. No opinion. Clarke and Scott, JJ., dissenting.

The People of the State of New York ex rel. John P. Murtha, Relator, v. William F. Baker, Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

John B. Clayton, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed with costs. No opinion.

Morris F. Pfaelzer, Respondent, v. Bach Fur Company of New York, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Clarke and Dowling, JJ., dissented.

Louis Sherry, Appellant, v. Arthur B. Proal, Respondent.— Judgment and order affirmed, with costs, on 131 Appellate Division, 774. Laughlin, J., dissented.

Catherine Lawlor, as Administratrix, etc., of Owen Darmody, Deceased, Respondent, v. The Terry and Tench Company, Impleaded with the Degnon Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

John C. Brockelbank, as Trustee of Madalena B. McAdam, Respondent, v. George Harrison McAdam, Appellant.— Judgment affirmed, with costs. No opinion.

Henry E. Gourd, Appellant, v. Thomas Healy, Respondent.— Judgment affirmed, with costs, on 137 Appellate Division, 323.

George B. Webster, Respondent, v. Clarke H. Abbott and Another, Appellants. — Determination affirmed, with costs. No opinion.